UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      Case No. 11-cr-205-pp

CHRISTOPHER A. YOUNGER,

    Defendant.

**ORDER DENYING MOTION TO PRODUCE DEFENDANT FOR REVOCATION HEARING, OR ALTERNATIVELY, TO LIFT DETAINER AND GRANT BOND (DKT. NO. 223)**

       This is the second time that the defendant—who was charged in Missouri state court with felony assault while on supervised release in the current case—has asked this court to schedule a supervised release revocation for him. Dkt. No. 220. The defendant has approximately a year to go on his state sentence, but he appears very anxious to have this court decide well in advance of that date whether to revoke him, and if so, how much time he will receive. To that end, he has filed this second motion asking the court to either bring him here for a revocation hearing, or to grant him bond and then let him appear sometime next year for that hearing. Dkt. No. 223.

       The court will deny the request. When the defendant has finished serving his Missouri sentence, the detainer that is in place will require that he be brought here for revocation proceedings. At that time, the court will decide whether he should be revoked, and if so, how much time he should receive.

1

The court will not order the defendant brought here to Wisconsin before he finishes his Missouri sentence, and the court will not grant him bond at this time.

The court **DENIES** the defendant's motion to produce defendant for revocation or alternatively, to lift detainer and grant bond. Dkt. No. 223.

Dated in Milwaukee, Wisconsin this 3rd day of July, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**